44,541-06

To Court of Criminal Appeals,                    8-31-2015

In Re: Purchase of co-defendants files and mine
   Trial cause # 25,844
   Linda Youngblood, Shane Lee Hancock
   Navarro county courthouse, offense date March 11, 1995


   To I would like to purchase a copy, non-certified
Of my records as well as my codefendants. Our Trial
Cause # is # 25,844 (prefixed 1-, 2-, 3-, 4-, etc), we were cost
arrested on march 11, 1995 in Corsicana, Texas - Navarro County.
I would also like a time line of all items that were filed
with you. NON-Certified Copies only of the whole file

   Javier Sendejo
   Linda Youngblood
   Shane Lee Hancock


Please tell me the cost to purchase non-certified copies.

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 03 2015

Abel Acosta, Clerk

                                 Sincerely,
                                 Javier Sendejo
                                 # 753285
                                 810 Fm 2821
                                 Huntsville, TX
                                 77349